UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 15 PM 2: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

SHERRIE KEE,

      Plaintiff,

vs.                                                         CIVIL ACTION NO. 03-2368-DV
                                                            Jury Demanded

BULL MARKET, INC.,

      Defendant.

---

## ORDER REOPENING ADMINISTRATIVELY CLOSED CASE
## FOR PURPOSES OF ENTERING CONSENT ORDER OF DISMISSAL

---

Upon motion of the Defendant, and no opposition from the Plaintiff, the Court orders this

case reopened for the limited purpose of entering a consent order dismissing the cause with

prejudice.

IT IS SO ORDERED.

BERNICE B. DONALD
United States District Court Judge

Date: November 7, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

Dockets.Justia.com

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:03-CV-02368 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Charles W. Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Charles W. Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT