UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 15 PM 2: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

SHERRIE KEE,

    Plaintiff,

vs.                                                                  CIVIL ACTION NO. 03-2368-DV
                                                                  Jury Demanded

BULL MARKET, INC.,

    Defendant.

---

## CONSENT ORDER DISMISSING CAUSE WITH PREJUDICE

The parties, Sherrie Kee, Plaintiff, and Bull Market, Inc., Defendant, announce to the Court that the matters and things in controversy between them have been compromised and settled and that this cause may be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause is dismissed with prejudice.

IT IS SO ORDERED.

_____
BERNICE B. DONALD
United States District Court Judge

Date: November 10, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

51

APPROVED:

_Reva M. Kriegel by CWH with permission_
Reva M. Kriegel/14930
The Donati Law Firm
266 South Front Street, Suite 206
Memphis, Tennessee 38104
Attorney for Plaintiff

_Charles W. Hill_
Charles W. Hill/5452
Glankler Brown, PLLC
1700 One Commerce Square
Memphis, Tennessee 38103
Attorney for Defendant

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:03-CV-02368 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Charles W. Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT