UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 17 PM 5:35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SHERRIE KEE                                JUDGMENT IN A CIVIL CASE

v.

BULL MARKET, INC.                          CASE NO: 03-2368-D


**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Dismissing Cause With Prejudice entered on November 16, 2005, this cause is hereby dismissed with prejudice.


APPROVED:

_[signature]_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

11-16-2005
Date

THOMAS M. GOULD
Clerk of Court

_[signature]_
(By) Deputy Clerk


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-18-05

(52)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:03-CV-02368 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Charles W. Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT